SHAW VALENZA LLP
D. Gregory Valenza, Bar No. 161250
gvalenza@shawvalenza.com
Timothy L. Reed, Bar No. 258034
treed@shawvalenza.com
300 Montgomery Street, Suite 788
San Francisco, California  94104
Telephone:    (415) 983-5960
Facsimile:    (415) 983-5963

Attorneys for Defendants
Medical Hill Rehab Center, L.L.C. and Kindred Healthcare Operating, Inc.

THE REVALATION LAW FIRM, P.C.
Melanie Popper, Bar No. 236279
mdp@revelationlaw.com
1001 Santa Clara Avenue, Suite A
Alameda, CA 94105
Telephone:    (510) 665-4195
Facsimile:    (415) 665-4197

Attorneys for Plaintiffs
Monique Matthews, Gabriel Oghwe, and Cynthia Joiner

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MATTHEWS, an individual, GABRIEL OGHWE, an individual, and CYNTHIA JOYNER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL HILL REHAB CENTER, L.L.C., a corporation, KINDRED HEALTHCARE OPERATING, INC., a corporation,<br><br>Defendants. | Case No.  CV 10-04371 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE** |

The Parties hereto, Defendants MEDICAL HILL REHAB CENTER, L.L.C. and

KINDRED HEALTHCARE OPERATING, INC. ("Defendants"), and Plaintiffs MONIQUE

MATTEWS, GABRIEL OGHWE and CYNTHIA JOINER ("Plaintiffs"), by and through their

1 undersigned counsel, hereby stipulated and agree to this request for an order continuing the
2 mediation completion date for this matter:

3   1.   On April 18, 2011, the Court issued its Order Scheduling Jury Trial and Pretrial
4 Matters. In that Order, the Court directed the Parties to conduct a mediation within 90 days, if
5 possible. Accordingly, the mediation was to be completed by July 17, 2011.

6   2.   The Parties originally scheduled mediation with Barbara S. Bryant, Esq. for
7 July 13, 2011. However, due to scheduling conflicts and despite diligent efforts, the Parties and
8 the Mediator agreed to continue the mediation to August 16, 2011.

9   3.   Therefore, the Parties jointly request the July 17, 2011 mediation completion date
10 be continued until August 16, 2011, or as soon thereafter as otherwise possible.

11   SO STIPULATED:

13 Dated: August 10, 2011                SHAW VALENZA LLP

16                                       By: /s/D. Gregory Valenza
                                            D. Gregory Valenza
17                                          Timothy L. Reed
                                            Attorneys for Defendants
18                                          Medical Hill Rehab Center, L.L.C. and
                                            Kindred Healthcare Operating, Inc.

20 Dated: August 10, 2011                REVELATION LAW FIRM, P.C.

22                                       By: /s/Melanie Popper
                                            Melanie Popper
23                                          Attorneys for Plaintiffs
                                            Monique Matthews, Gabriel Oghwe and
24                                          Cynthia Joiner

26 186718.1.00133.038

1
## ORDER

2   Pursuant to the Parties' Stipulation, and GOOD CAUSE APPEARING therefore:

3   IT IS HEREBY ORDERED that the mediation completion date in this matter be and is

4   hereby CONTINUED to August 16, 2011.

5

6
7   DATED: __August 15___, 2011           _____
                                          Bernard Zimmerman
8                                         United States Magistrate Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27   186720.1.00133.038
28