| | |
|---|---|
| 1 | SHAW VALENZA LLP |
|   | D. Gregory Valenza, Bar No. 161250 |
| 2 | gvalenza@shawvalenza.com |
|   | Timothy L. Reed, Bar No. 258034 |
| 3 | treed@shawvalenza.com |
|   | 300 Montgomery Street, Suite 788 |
| 4 | San Francisco, California 94104 |
|   | Telephone: (415) 983-5960 |
| 5 | Facsimile: (415) 983-5963 |
| 6 | Attorneys for Defendants |
|   | Medical Hill Rehab Center, L.L.C. and Kindred |
| 7 | Healthcare Operating, Inc. |
| 8 | THE REVELATION LAW FIRM |
|   | Melanie D. Popper, State Bar No. 236279 |
| 9 | 2560 9th Street, Suite 212M |
|   | Berkeley, CA 94710 |
| 10 | Telephone: (510) 665-4195 |
|    | Facsimile: (510) 665-4197 |
| 11 | mdp@revelationlaw.com |
| 12 | Attorneys for Plaintiffs |
|    | Monique Matthews, Gabriel Oghwe, Cynthia Joiner |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MATTHEWS, an individual, GABRIEL OGHWE, an individual, and CYNTHIA JOYNER, an individual, | Case No. CV 10-04371 BZ |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE [FED R. CIV. P. 41(a)] AND [PROPOSED] ORDER** |
| v. | |
| MEDICAL HILL REHAB CENTER, L.L.C., a corporation, KINDRED HEALTHCARE OPERATING, INC., a corporation, | |
| Defendants. | |

1    IT IS HEREBY STIPULATED by and between the parties to this action through their
2 designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3 pursuant to FRCP 41(a). Each party will bear her or its own costs and attorneys' fees.

Respectfully submitted,

6    DATED: October 25, 2011          SHAW VALENZA LLP

By: s/D. Gregory Valenza
    D. Gregory Valenza
    Timothy L. Reed
    Attorneys for Defendants
    Medical Hill Rehab Center, L.L.C. and
    Kindred Healthcare Operating, Inc.

DATED: October 25, 2011          THE REVELATION LAW FIRM

By: s/Melanie D. Popper
    Melanie D. Popper
    Attorneys for Plaintiffs
    Monique Matthews, Gabriel Oghwe,
    Cynthia Joyner

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 3 Oct, 2011

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

192090.1.00133.038